**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DELGADO, CHRISTIAN EMANUEL | § | Case No. 14-41192 |
| DELGADO, HILDA | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/14/2014 . The undersigned trustee was appointed on 11/14/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 7,500.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 50.97 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 1,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,449.03 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/28/2015 and the deadline for filing governmental claims was 08/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,400.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,400.00 , for a total compensation of $ 1,400.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/09/2015 By:/s/Elizabeth C Berg, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Exhibit A

Case No: 14-41192 DRC Judge: DONALD R. CASSLING
Case Name: DELGADO, CHRISTIAN EMANUEL
DELGADO, HILDA
For Period Ending: 11/09/15

Trustee Name: Elizabeth C Berg, Trustee
Date Filed (f) or Converted (c): 11/14/14 (f)
341(a) Meeting Date: 12/08/14
Claims Bar Date: 08/28/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking at Chase | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. Deposit held by landlord<br>subject to Landlord's possessory lien | 0.00 | 0.00 | | 0.00 | FA |
| 3. Furniture, Furnishings and Supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc books, pictures, art objects | 500.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Misc Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. Each have 401K | 7,600.00 | 0.00 | | 0.00 | FA |
| 8. Potential Tax refund | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Chevrolet Malibu (98,000 miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Dodge Intrepid (178,000 miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. CITIBANK SETTLEMENT - US GOVT FORECLOSURE REVIEW (u)<br>Citibank settlement payment re: U.S. Government Independent Foreclosure Review | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $28,100.00 | $7,500.00 | | $7,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 15, 2015: TR re-opened case to administer check received by Debtor as settlement of pre-petition claim in Independent Mortgage Foreclosure Review by federal gov't; Will review claims, prep TFR and distribute. Expect to close case by YE or early 2016.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-41192 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | DELGADO, CHRISTIAN EMANUEL | Date Filed (f) or Converted (c): | 11/14/14 (f) |
| | DELGADO, HILDA | 341(a) Meeting Date: | 12/08/14 |
| | | Claims Bar Date: | 08/28/15 |

Initial Projected Date of Final Report (TFR): 12/30/15 Current Projected Date of Final Report (TFR): 12/30/15

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-41192 -DRC
Case Name: DELGADO, CHRISTIAN EMANUEL
DELGADO, HILDA
Taxpayer ID No: *******2114
For Period Ending: 12/09/15

Trustee Name: Elizabeth C Berg, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******6450 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/15 | 11 | FUND 1 INDEPENDENT FORECLOSURE REVIEW<br>LOAN SERVICER: CITIBANK<br>P.O. BOX 2233<br>FARIBAULT, MN 55021-1633 | CITIBANK SETTLEMENT PAYMENT<br>Re: U.S Government Independent Foreclosure Review | 1249-000 | 7,500.00 | | 7,500.00 |
| 06/23/15 | 001001 | Christian E. Delgado<br>Hilda Delgado | Debtor's Exemption<br>Debtor's Exemption in Citibank Settlement Payment | 8100-000 | | 1,000.00 | 6,500.00 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,489.93 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.90 | 6,479.03 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,469.03 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,459.03 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,449.03 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 7,500.00 | 1,050.97 | 6,449.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.00 | 1,050.97 | |
| Less: Payments to Debtors | | 1,000.00 | |
| Net | 7,500.00 | 50.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6450 | 7,500.00 | 50.97 | 6,449.03 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,500.00 | 50.97 | 6,449.03 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 7,500.00 1,050.97

**FORM 2**



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-41192 -DRC
Case Name: DELGADO, CHRISTIAN EMANUEL
DELGADO, HILDA
Taxpayer ID No: *******2114
For Period Ending: 12/09/15

Trustee Name: Elizabeth C Berg, Trustee
Bank Name: Associated Bank
Account Number / CD #: *******6450 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 09, 2015

Case Number: 14-41192
Debtor Name: DELGADO, CHRISTIAN EMANUEL

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | Deferred fee for reopening case | $260.00 | $0.00 | $260.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,271.00 | $0.00 | $1,271.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,400.00 | $0.00 | $1,400.00 |
| | Subtotal for Priority 001 | | | $2,931.00 | $0.00 | $2,931.00 |
| 000001<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,035.60 | $0.00 | $1,035.60 |
| 000002<br>070<br>7100-00 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Unsecured | | $28,992.88 | $0.00 | $28,992.88 |
| 000003<br>070<br>7100-00 | Navient Solutions Inc. on behalf of<br>Department of Education Services<br>P.O. Box 9635<br>Wilkes-Barre PA. 18773-9635 | Unsecured | | $63,469.71 | $0.00 | $63,469.71 |
| | Subtotal for Priority 070 | | | $93,498.19 | $0.00 | $93,498.19 |
| | Case Totals: | | | $96,429.19 | $0.00 | $96,429.19 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-41192
Case Name: DELGADO, CHRISTIAN EMANUEL
DELGADO, HILDA
Trustee Name: Elizabeth C Berg, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 6,449.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,271.00 | $ 0.00 | $ 1,271.00 |
| Charges: U.S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,931.00 |
| Remaining Balance | $ | 3,518.03 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,498.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LVNV Funding, LLC its successors and | $ 1,035.60 | $ 0.00 | $ 38.97 |
| 000002 | Navient Solutions Inc | $ 28,992.88 | $ 0.00 | $ 1,090.91 |
| 000003 | Navient Solutions Inc. on behalf of | $ 63,469.71 | $ 0.00 | $ 2,388.15 |

Total to be paid to timely general unsecured creditors $ 3,518.03

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE