# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DELGADO, CHRISTIAN EMANUEL § | Case No. 14-41192 |
| DELGADO, HILDA § | |
| § | |
| Debtors § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> United States Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:30 a.m.
> on Friday, January 29, 2016
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
§
DELGADO, CHRISTIAN EMANUEL  §    Case No. 14-41192
DELGADO, HILDA  §
§
Debtors  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 1,050.97 |
| leaving a balance on hand of[1] | $ | 6,449.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,271.00 | $ 0.00 | $ 1,271.00 |
| Charges: U.S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses    $    2,931.00
Remaining Balance    $    3,518.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,498.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LVNV Funding, LLC its successors and | $ 1,035.60 | $ 0.00 | $ 38.97 |
| 000002 | Navient Solutions Inc | $ 28,992.88 | $ 0.00 | $ 1,090.91 |
| 000003 | Navient Solutions Inc. on behalf of | $ 63,469.71 | $ 0.00 | $ 2,388.15 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,518.03 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

                Elizabeth C. Berg, Trustee

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-41192-DRC
Christian Emanuel Delgado                                             Chapter 7
Hilda Delgado
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte          Page 1 of 2           Date Rcvd: Dec 29, 2015
                             Form ID: pdf006         Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2015.
```
db/jdb        +Christian Emanuel Delgado,   Hilda Delgado,   403 McClure Avenue,   Elgin, IL 60123-3536
aty           +Baldi Berg Ltd,   20 N Clark Street Ste 200,   Chicago, IL 60602-4120
22632913     #+Allied Interstate,   P.O. Box 4000,   Warrenton, VA 20188-4000
22632914      American Medical Collection Agency,   P.O. Box 740397,   Cincinnati, OH 45274-0397
22632915     +Arnold Harris,   600 West Jackson Suite 400,   Chicago, IL 60661-5675
22632916     +Arrow Financial Services,   5996 West Touhy Avenue,   Niles, IL 60714-4610
22632918      Balanced Healthcare Receivables,   P.O. Box 809403,   Chicago, IL 60680-9403
22632919     #+Barrington Anes Association,   PO Box 66202,   Chicago, IL 60666-0202
22632923    ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
              (address filed with court: Choice Recovery,   Po Box 20790,   Columbus, OH 43220)
22632921     +Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
22632922     +Cepamerica Illinois LLP,   PO Box 582663,   Modesto, CA 95358-0070
22632925     +City of Elgin,   P O Box 457,   Wheeling, IL 60090-0457
22632926     +Commonwealth Finance,   245 Main Street,   Scranton, PA 18519-1641
22632929      Department of Education,   P.O. Box 9533,   Wilkes Barre, PA 18773-9533
22632932     +FOX VALLEY LABORATORY,   PHYSICIANS S.C.,   P.O. BOX 5133,   CHICAGO, IL 60680-5133
22632930      Federal Loans,   P.O. Box 9533,   Wilkes Barre, PA 18773-9533
22632931     +First National Collections Bureau,   610 Waltham Way,   Sparks, NV 89434-6695
22632934     +Green Tree Servicing,   15253 Avenue of Science,   San Diego, CA 92128-3437
22632937      Illinois Collection Service,   P.O. Box 1010,   Tinley Park, IL 60477-9110
22632939      Malcolm S Gerald and Associates Inc,   332 South Michigan Ave Ste 600,   Chicago, IL 60604-4318
22632941      Medical Business Bureau,   PO Box 1219,   Park Ridge, IL 60068-7219
22632942      Medical Business Bureau United Anes,   PO Box 1219,   Park Ridge, IL 60068-7219
22632944     +Merchants Credit,   223 West Jacksn Blvd, #700,   Chicago, IL 60606-6914
22632945     +Midland Credit Managment GE Money,   8875 Aero Drive,   Suite 7,   San Diego, CA 92123-2251
22632948      NICOR,   P.O. Box 266005,   Aurora, IL 60507-8350
23398928     +Navient Solutions Inc,   220 Lasley Ave.,   Wilkes-Barre Pa 18706-1430
23398931      Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
               Wilkes-Barre PA. 18773-9635
22632951      Northwest Oral & Maxilofacial,   1600 W. Central Rd,   Arlington Heights, IL 60005-2407
22632952      Northwestern Memorial Hospital,   P.O. Box 73690,   Chicago, IL 60673-7690
22632953      Presence Medical Group,   25872 Network Place,   Chicago, IL 60673-1258
22632955   ++++SPECIALIZED LOAN SERVICING,   PO BOX 266005,   LITTLETON CO  80163-6005
              (address filed with court: Specialized Loan Servicing,   PO Box 266005,   Littleton, CO 80163)
22632954      Sherman Health,   35134 Eagle Way,   Chicago, IL 60678-1351
22632956     +Specialty Care Elgin,   1710 N Randall Suite 210,   Elgin, IL 60123-7904
22632957      Stanislaus Credit Control Services,   914 14th Street,   Modesto, CA 95354-1011
22632959    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp,   5005 N. River Rd. NE,
               Cedar Rapids, IA 52411-4634)
22632960      University Accounting Services,   P.O. Box 932,   Brookfield, WI 53008-0932
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22632917      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 30 2015 00:31:45      Asset Acceptance/ Citibank,
               PO Box 1630,   Warren, MI 48090-1630
22632920     +E-mail/Text: banko@berkscredit.com Dec 30 2015 00:31:20      Berks Credit & Collection,
               900 Corporate Drive,   Reading, PA 19605-3340
22632927     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 30 2015 00:34:59
               Credit Collections Services,   Two Wells Avenue,   Newton Center, MA 02459-3246
22632928     +E-mail/Text: clerical.department@yahoo.com Dec 30 2015 00:30:58      Creditors Collection,
               PO Box 63,   Kankakee, IL 60901-0063
22632933     +E-mail/Text: bankruptcynotice@franklincredit.com Dec 30 2015 00:31:20      Franklin Credit,
               101 Hudson Street,   25th Floor,   Jersey City, NJ 07302-3984
22632935     +E-mail/Text: bankruptcy@icsystem.com Dec 30 2015 00:32:56      IC SYSTEMS, INC.,   PO BOX 64378,
               Saint Paul, MN 55164-0378
22632938     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2015 00:40:42      LVNV Funding,
               Po Box 10497,   Greenville, SC 29603-0497
23394826      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2015 00:40:14
               LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
22632943     +Fax: 773-272-0602 Dec 30 2015 01:35:37      Medical Recovery Specialists,
               2250 E Devon Ave, Ste 352,   Des Plaines, IL 60018-4519
22632946      E-mail/Text: mmrgbk@miramedrg.com Dec 30 2015 00:32:06      Miramed Revenue Group. LLC,
               Dept 77304,   PO Box 77000,   Detroit, MI 48277-0304
22632947     +E-mail/Text: egssupportservices@egscorp.com Dec 30 2015 00:32:17      NCO Financial Systems, INC,
               507- Prudential Rd,   Horsham, PA 19044-2368
22632949     +E-mail/Text: clientservices@northwestcollectors.com Dec 30 2015 00:31:21
               Northwest Collectors, Inc,   3601 Algonquin Rd Ste 232,   Rolling Meadows, IL 60008-3143
22632958     +E-mail/Text: bknotices@totalcardinc.com Dec 30 2015 00:32:05      Total Card Inc.,
               5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 13
```

```
District/off: 0752-1          User: arodarte            Page 2 of 2            Date Rcvd: Dec 29, 2015
                              Form ID: pdf006           Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22632936*       +IC SYSTEMS, INC.,    PO BOX 64378,    Saint Paul, MN 55164-0378
22632940*        Malcolm S Gerald and Associates Inc,    332 South Michigan Ave Ste 600,    Chicago, IL 60604-4318
22632950*       +Northwest Collectors, Inc,    3601 Algonquin Rd Ste 232,    Rolling Meadows, IL 60008-3143
22632924       ##+Citi Residential Lending,    10801 6th Street,    Rancho Cucamonga, CA 91730-5977
                                                                                          TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2015 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen J Costello    on behalf of Debtor 2 Hilda  Delgado steve@costellolaw.com
              Stephen J Costello    on behalf of Debtor 1 Christian Emanuel Delgado steve@costellolaw.com
                                                                                             TOTAL: 5
```