UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DELGADO, CHRISTIAN EMANUEL | § | Case No. 14-41192 |
| DELGADO, HILDA | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 700.00                           Assets Exempt: 20,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,518.03         Claims Discharged
                                                   Without Payment:  386,401.57

Total Expenses of Administration: 2,981.97

---

3) Total gross receipts of $ 7,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,000.00  (see **Exhibit 2**), yielded net receipts of $ 6,500.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,981.97 | 2,981.97 | 2,981.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 392,161.50 | 93,498.19 | 93,498.19 | 3,518.03 |
| **TOTAL DISBURSEMENTS** | $ 392,161.50 | $ 96,480.16 | $ 96,480.16 | $ 6,500.00 |

4) This case was originally filed under chapter 7 on 11/14/2014. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/23/2016            By:/s/Elizabeth C Berg, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CITIBANK SETTLEMENT - US GOVT FORECLOSURE REVIEW | 1249-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christian E. Delgado | Exemptions | 8100-000 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| Associated Bank | 2600-000 | NA | 50.97 | 50.97 | 50.97 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| BALDI BERG | 3110-000 | NA | 1,271.00 | 1,271.00 | 1,271.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,981.97 | $ 2,981.97 | $ 2,981.97 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate P.O. Box 4000 Warrenton, VA 20188 | | 2,330.50 | NA | NA | 0.00 |
| | American Medical Collection Agency P.O. Box 740397 Cincinnati, OH 45274-0397 | | 25.00 | NA | NA | 0.00 |
| | Arnold Harris 600 West Jackson Suite 400 Chicago, IL 60604 | | 212.00 | NA | NA | 0.00 |
| | Asset Acceptance/ Citibank PO Box 1630 Warren, MI 48090-1630 | | 1,648.48 | NA | NA | 0.00 |
| | Balanced Healthcare Receivables P.O. Box 809403 Chicago, IL 60680-9403 | | 62.00 | NA | NA | 0.00 |
| | Barrington Anes Association PO Box 66202 Chicago, IL 60666 | | 271.76 | NA | NA | 0.00 |
| | Berks Credit & Collection 900 Corporate Drive Reading, PA 19605 | | 333.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank PO Box 30281 Salt Lake City, UT 84130 | | 784.00 | NA | NA | 0.00 |
| | Choice Recovery Po Box 20790 Columbus, OH 43220 | | 65.00 | NA | NA | 0.00 |
| | Citi Residential Lending 10801 6th Street Rancho Cucamonga, CA 91730 | | 144,000.00 | NA | NA | 0.00 |
| | City of Elgin P O Box 457 Wheeling, IL 60090 | | 895.50 | NA | NA | 0.00 |
| | Commonwealth Finance 245 Main Street Scranton, PA 18519 | | 718.00 | NA | NA | 0.00 |
| | Credit Collections Services Two Wells Avenue Newton Center, MA 02459 | | 67.00 | NA | NA | 0.00 |
| | Creditors Collection PO Box 63 Kankakee, IL 60901 | | 538.00 | NA | NA | 0.00 |
| | FOX VALLEY LABORATORY PHYSICIANS S.C. P.O. BOX 5133 CHICAGO, IL 60680 | | 112.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Collections Bureau 610 Waltham Way Sparks, NV 89434 | | 1,518.17 | NA | NA | 0.00 |
| | Franklin Credit 101 Hudson Street 25th Floor Jersey City, NJ 07302 | | 35,000.00 | NA | NA | 0.00 |
| | Green Tree Servicing 15253 Avenue of Science San Diego, CA 92128 | | 40,000.00 | NA | NA | 0.00 |
| | IC SYSTEMS, INC. PO BOX 64378 Saint Paul, MN 55164 | | 185.00 | NA | NA | 0.00 |
| | IC SYSTEMS, INC. PO BOX 64378 Saint Paul, MN 55164 | | 41.00 | NA | NA | 0.00 |
| | Illinois Collection Service P.O. Box 1010 Tinley Park, IL 60477-9110 | | 36.63 | NA | NA | 0.00 |
| | LVNV Funding Po Box 10497 Greenville, SC 29603 | | 1,572.04 | NA | NA | 0.00 |
| | Malcolm S Gerald and Associates Inc 332 South Michigan Ave Ste 600 Chicago, IL 60604-4318 | | 2,312.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcolm S Gerald and Associates Inc 332 South Michigan Ave Ste 600 Chicago, IL 60604-4318 | | 207.00 | NA | NA | 0.00 |
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068-7219 | | 160.00 | NA | NA | 0.00 |
| | Medical Business Bureau United Anes PO Box 1219 Park Ridge, IL 60068-7219 | | 82.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists 2250 E Devon Ave, Ste 352 Des Plaines, IL 60018 | | 2,766.91 | NA | NA | 0.00 |
| | Merchants Credit 223 West Jacksn Blvd, #700 Chicago, IL 60606 | | 15.00 | NA | NA | 0.00 |
| | Midland Credit Managment GE Money 8875 Aero Drive Suite 7 San Diego, CA 92123 | | 1,748.74 | NA | NA | 0.00 |
| | Miramed Revenue Group. LLC Dept 77304 PO Box 77000 Detroit, MI 48277-0304 | | 250.78 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Systems, INC 507- Prudential Rd Horsham, PA 19044 | | 718.00 | NA | NA | 0.00 |
| | NICOR P.O. Box 266005 Aurora, IL 60507-8350 | | 431.00 | NA | NA | 0.00 |
| | Northwest Collectors, Inc 3601 Algonquin Rd Ste 232 Rolling Meadows, IL 60008-3106 | | 835.00 | NA | NA | 0.00 |
| | Northwest Collectors, Inc 3601 Algonquin Rd Ste 232 Rolling Meadows, IL 60008-3106 | | 200.00 | NA | NA | 0.00 |
| | Northwest Oral & Maxilofacial 1600 W. Central Rd Arlington Heights, IL 60005-2407 | | 295.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital P.O. Box 73690 Chicago, IL 60673-7690 | | 20.45 | NA | NA | 0.00 |
| | Presence Medical Group 25872 Network Place Chicago, IL 60673-1258 | | 1,295.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sherman Health 35134 Eagle Way Chicago, IL 60678-1351 | | 3,421.61 | NA | NA | 0.00 |
| | Specialized Loan Servicing PO Box 266005 Littleton, CO 80163 | | 38,800.00 | NA | NA | 0.00 |
| | Specialty Care Elgin 1710 N Randall Suite 210 Elgin, IL 60123-9402 | | 150.74 | NA | NA | 0.00 |
| | Stanislaus Credit Control Services 914 14th Street Modesto, CA 95354-1011 | | 1,754.81 | NA | NA | 0.00 |
| | Total Card Inc. 5109 S. Broadband Lane Sioux Falls, SD 57108 | | 1,572.04 | NA | NA | 0.00 |
| | Toyota Motor Credit Corp 5005 N. River Rd. NE Cedar Rapids, IA 52411-4634 | | 4,300.00 | NA | NA | 0.00 |
| | University Accounting Services P.O. Box 932 Brookfield, WI 53008-0932 | | 4,669.31 | NA | NA | 0.00 |
| 000001 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | 2,312.06 | 1,035.60 | 1,035.60 | 38.97 |
| 000002 | NAVIENT SOLUTIONS INC | 7100-000 | 29,640.50 | 28,992.88 | 28,992.88 | 1,090.91 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | NAVIENT SOLUTIONS INC. ON BEHALF OF | 7100-000 | 63,787.53 | 63,469.71 | 63,469.71 | 2,388.15 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 392,161.50 | $ 93,498.19 | $ 93,498.19 | $ 3,518.03 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-41192 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | DELGADO, CHRISTIAN EMANUEL | | | Date Filed (f) or Converted (c): | 11/14/14 (f) |
| | DELGADO, HILDA | | | 341(a) Meeting Date: | 12/08/14 |
| For Period Ending: | 02/23/16 | | | Claims Bar Date: | 08/28/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking at Chase | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. Deposit held by landlord subject to Landlord's possessory lien | 0.00 | 0.00 | | 0.00 | FA |
| 3. Furniture, Furnishings and Supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Misc books, pictures, art objects | 500.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Misc Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. Each have 401K | 7,600.00 | 0.00 | | 0.00 | FA |
| 8. Potential Tax refund | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Chevrolet Malibu (98,000 miles) | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. 2001 Dodge Intrepid (178,000 miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. CITIBANK SETTLEMENT - US GOVT FORECLOSURE REVIEW (u) Citibank settlement payment re: U.S. Government Independent Foreclosure Review | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $28,100.00 | $7,500.00 | | $7,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2016: TFR filed 12/28/15; final hearing scheduled for 1/29/16

September 15, 2015: TR re-opened case to administer check received by Debtor as settlement of pre-petition claim in Independent Mortgage Foreclosure Review by federal gov't; Will review claims, prep TFR and distribute. Expect to close

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-41192   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C Berg, Trustee |
| Case Name: | DELGADO, CHRISTIAN EMANUEL | Date Filed (f) or Converted (c):   11/14/14 (f) |
| | DELGADO, HILDA | 341(a) Meeting Date:   12/08/14 |
| | | Claims Bar Date:   08/28/15 |

case by YE or early 2016.

Initial Projected Date of Final Report (TFR): 12/30/15   Current Projected Date of Final Report (TFR): 12/30/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-41192 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | DELGADO, CHRISTIAN EMANUEL | Bank Name: | Associated Bank |
| | DELGADO, HILDA | Account Number / CD #: | *******6450 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2114 | | |
| For Period Ending: | 02/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/15 | 11 | FUND 1 INDEPENDENT FORECLOSURE REVIEW<br>LOAN SERVICER: CITIBANK<br>P.O. BOX 2233<br>FARIBAULT, MN 55021-1633 | CITIBANK SETTLEMENT PAYMENT<br>Re: U.S Government Independent Foreclosure Review | 1249-000 | 7,500.00 | | 7,500.00 |
| 06/23/15 | 001001 | Christian E. Delgado<br>Hilda Delgado | Debtor's Exemption<br>Debtor's Exemption in Citibank Settlement Payment | 8100-000 | | 1,000.00 | 6,500.00 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.07 | 6,489.93 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.90 | 6,479.03 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,469.03 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,459.03 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,449.03 |
| 02/02/16 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,400.00 | 5,049.03 |
| 02/02/16 | 001003 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 4,789.03 |
| 02/02/16 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 1,271.00 | 3,518.03 |
| 02/02/16 | 001005 | LVNV Funding, LLC its successors and assigns as<br>assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 3.76% | 7100-000 | | 38.97 | 3,479.06 |
| | | | Page Subtotals | | 7,500.00 | 4,020.94 | |

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-41192 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | DELGADO, CHRISTIAN EMANUEL | Bank Name: | Associated Bank |
| | DELGADO, HILDA | Account Number / CD #: | *******6450  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2114 | | |
| For Period Ending: | 02/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/02/16 | 001006 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Claim 000002, Payment 3.76% | 7100-000 | | 1,090.91 | 2,388.15 |
| 02/02/16 | 001007 | Navient Solutions Inc. on behalf of<br>Department of Education Services<br>P.O. Box 9635<br>Wilkes-Barre PA. 18773-9635 | Claim 000003, Payment 3.76% | 7100-000 | | 2,388.15 | 0.00 |

|  | COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 7,500.00 | 7,500.00 | |
|  | Less: Payments to Debtors | | 1,000.00 | |
|  | Net | 7,500.00 | 6,500.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - ********6450 | | 7,500.00 | 6,500.00 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 7,500.00 | 6,500.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     3,479.06

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*